AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
6/30/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Patrick Mott (312) 554-9133
AUSA Jimmy L. Arce (312) 353-8449

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER SINGLETON,
    also known as "Shoota"

CASE NUMBER: 23 CR 00384

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 29, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | transmitted in interstate commerce a communication containing a threat to injure the person of another |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
JOHN JURKACZ
Special Agent, Federal Bureau of Investigation
(FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: June 30, 2023

_____
*Judge's signature*

City and state: Chicago, Illinois

HEATHER K. McSHAIN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, JOHN DURKACZ, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for four years.  My current responsibilities include the investigation of violent crimes, including, among others, violent crimes in aid of racketeering, kidnapping, bank robbery, and the apprehension of violent fugitives.

2.     This affidavit is submitted in support of a criminal complaint alleging that CHRISTOPHER SINGLETON, also known as "Shoota," has violated Title 18, United States Code, Section 875(c).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SINGLETON with transmission in interstate commerce of communications containing threats to injure the person of another, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts.

## I.      OVERVIEW AND BACKGROUND ON THE INVESTIGATION

4.     The FBI is investigating allegations that members of the Racketeers street gang, also known as "Rack City," a faction of the Black P Stone Nation ("BPSN") gang, including Christopher SINGLETON, are engaged in the transmission of threats in interstate commerce, racketeering, and violent crimes in aid of racketeering activity. The Rack City gang claims territory on the South Side of Chicago in the vicinity of the intersection of West 93rd Street and South Halsted Street.

5.     According to social media analyses, witness reports, and Chicago Police Department ("CPD") reports, Rack City has been in a violent conflict with a faction of the Gangster Disciples street gang (the "Princeton Park GDs" or "95th GDs") based in the Princeton Park neighborhood on the South Side of Chicago, directly to the east of Rack City's territory, for several years.

6.     On November 12, 2021, Magistrate Judge Jeffrey Cole issued search warrants for the Facebook account JuskiiGangShoota (UID 100041459739859) ("Subject Account 3") (21 M 726) and the Instagram account "celblockgang" (UID 38888016334) ("Subject Account 4") (21 M 727), authorizing law enforcement to search the Subject Accounts for evidence relating to mail fraud, wire fraud, bank fraud, unlawful dealing in firearms, and selling or disposing of a firearm to a person reasonably believed to be under indictment.

7.     On April 29, 2022, Magistrate Judge Jeffrey I. Cummings issued expansion search warrants authorizing law enforcement to search Subject Account 3

(22 M 343) and Subject Account 4 (22 M 344) for evidence and instrumentalities concerning violations of Title 18, United States Code, Sections 875(c) and 1959, and evidence concerning violations of Title 18, United States Code, Section 922(g).[1]

8.     The searches of the Subject Accounts revealed that SINGLETON used the Subject Accounts to exchange messages with an account believed to be used by a member of the Princeton Park GDs, in which SINGLETON: (1) challenged the rival gang member to reveal his location so SINGLETON and the rival gang member could engage in an armed confrontation; (2) threatened to commit acts of violence against the rival gang member; and (3) claimed credit on behalf of Rack City for acts of violence committed against individuals SINGLETON believed to be associated with the rival gang, including the murder of Victim 1 on or about June 1, 2021. Among the messages in which SINGLETON threatened to commit acts of violence was a message SINGLETON sent on or about May 29, 2021, in which he wrote: "Bro imma [I'm going to] kill you with this switch [semiautomatic firearm outfitted with a conversion device or switch enabling the semiautomatic firearm to convert to automatic fire] g y'all now [not] out."[2]

---

[1] The expansion warrant for Subject Account 3 (22 M 343) also authorized law enforcement to search for and seize evidence concerning violations of Title 21, United States Code, Section 841.

[2] Throughout this Affidavit, I have included summaries and quotations from my review of certain posts and chats. Those summaries and quotations do not include references to all of the topics covered during the course of the conversations. In addition, the summaries and quotations do not include references to all statements made by the speakers on the topics that are described. The times listed for the communications are approximate. At various points, I have included in brackets my interpretation of words and phrases used in the communications. These interpretations are based on the contents and context of the communications, my knowledge of the investigation as a whole, my experience and training

9.      During a custodial interview of SINGLETON on or about February 3, 2023, SINGLETON, after being advised of his *Miranda* rights, admitted to using the Subject Accounts, which were used to send messages to a rival gang member during the summer of 2021. During the interview, SINGLETON was shown surveillance footage of the shooting of Victim 1 on June 1, 2021, and a screenshot of a video sent from one of the Subject Accounts.

10.     On or about February 3, 2023, after the custodial interview, SINGLETON placed calls to several phone numbers from the Cook County Sheriff's Office. During multiple phone calls, law enforcement officers overheard SINGLETON make statements indicating that law enforcement "had everything" and that the individuals receiving the calls needed to "throw out the garbage" and delete social media accounts. Law enforcement officers also heard SINGLETON tell multiple individuals that he needed to be bonded out so he could "take off."

11.     On or about February 5, 2023, at approximately 10:25 a.m., SINGLETON placed a recorded call from within Cook County Department of Corrections in which he reiterated the need for bond money so he could flee, stating: "I'm finna go far away bro […] far, far, far, far, far, I wish I could tell you bro, its gonna fuck your mind up." During the same call, SINGLETON also stated, "the opps is snitching," and asked if everybody had "'D' 'EI' 'de de' the pages [deleted the social

---

as an FBI Agent, and the experience and training of other law enforcement officers who participated in this investigation.

their social media pages]" as SINGLETON had told them to "days ago [during the calls from Cook County Sheriff's Office on February 3, 2023]."

## II.    FACTS SUPPORTING PROBABLE CAUSE

### A.    The Discovery of the Subject Accounts and the Identification of SINGLETON as the User of the Subject Accounts

12.    On or about January 9, 2021, Subject Account 3 posted a photograph of SINGLETON, holding a large amount of United States currency, and an unknown individual with the caption "Niggas be using sba [Small Business Association] for a quick 10 […]." A screenshot of the post, in which SINGLETON[3] is visible on the right side of the screen holding fanned out United States Currency, is attached below:



---

[3] Based on comparisons to SINGLETON secretary of state photograph, and Chicago Police Department booking photographs I believe the individual holding the fanned out United States Currency is SINGLETON. Further the unique neck tattoos match those SINGLETON which are also captured in SINGLETON's previous booking photos.

2

13.     After searching various social media platforms, law enforcement discovered an Instagram account using the account name "tsg_shoota,"[4] (which has since changed its name to "celblockgang") with posted photographs similar to Subject Account 3 ("Subject Account 4").[5] For example, the below screenshots are of Subject Account 3 on the left and Subject Account 4 on the right:



14.     In addition to the similar profile names and the identical photograph posts, as discussed further below, during the same approximate time period between approximately March 31, 2021, and approximately April 10, 2021, both Subject Account 3 and Subject Account 4 appear to have been used to celebrate and promote the submission of fraudulent PPP loan applications. Based on the similarities in the

---

[4] As discussed further below, "TSG" is an abbreviation for a Rack City faction known as "Tank Sum Gang" and "Shoota" is a nickname for SINGLETON within Rack City.

[5] Based on my training and experience and my conversations with employees of Facebook, I know Facebook and Instagram Users can change the display name of their profile, but the Facebook or Instagram User ID number stays with the account.

profile names, profile photographs, and use of the accounts, I believe the same individual was using both Subject Accounts.

15. Law enforcement identified SINGLETON as the user of the Subject Accounts by comparing the Illinois Secretary of State driver's license photograph of SINGLETON to the individual who appears on several photographs posted on the Subject Accounts. After comparison, I believe SINGLETON is the individual appearing on the photographs posted to the Subject Accounts. For example, the below photograph appears to be a "selfie," or a picture taken by the individual using a phone, posted on Subject Account 4: Based on a comparison of the individual in the below photograph to SINGLETON's driver's license photograph, I believe that the individual holding the firearm in the below photograph is SINGLETON.



16. The below photograph posted to Subject Account 4 appears to show SINGLETON in a full body profile photograph wearing the same t-shirt as depicted in the "selfie" above:



17.    The below photograph posted to Subject Account 3 appears to show SINGLETON in a full body profile photograph:



18.    Information provided by Facebook and Instagram in response to the search warrants for the Subject Accounts provides additional corroboration for the identification of SINGLETON as the user of the Subject Accounts. For example, on or about October 7, 2021, Subject Account 4 received a message from the Instagram account ending in 60942 asking, "What's your shipping information[?]" In response, the user of Subject Account 4 wrote, "Christopher singleton [street address on 8600 block of S. Normal]." Similarly, the subscriber information for Subject Account 3 provided by Facebook listed the birthday for the user of Subject Account 3 as the

2

birthday listed for SINGLETON on SINGLETON's Illinois Secretary of State driver's license.

19.     Additionally, as discussed further below, during a video-recorded custodial interview on or about February 3, 2023, after being read his *Miranda* rights and signing a *Miranda* waiver, SINGLETON was shown various posts made to Facebook by Subject Account 3 and to Instagram by Subject Account 4 during the summer of 2021.[6] SINGLETON admitted he was the person who made the posts. SINGLETON was also shown a screenshot of a video (discussed in more detail below) sent on or about July 2, 2021, from Subject Account 4 to the Instagram account with the profile name "manmanfrm95th", believed to be used by Individual A, a/k/a "ManMan," believed to be a member of the Princeton Park faction of the Gangster Disciples street gang.

B.     **BETWEEN MAY 2021 AND JULY 2021, SINGLETON USED THE SUBJECT ACCOUNTS TO TRANSMIT THREATS IN INTERSTATE COMMERCE TO INJURE THE PERSON OF ANOTHER**

---

[6] The interview occurred in an interview room at the Cook County Sheriff's Office in Maywood, Illinois, as SINGLETON awaited transportation to the Circuit Court of Cook County for a bond hearing in Case No. 22CR6017801, in which SINGLETON was charged by indictment with various offenses, including unlawful possession of a stolen vehicle and aggravated fleeing, based on an arrest that occurred on or about September 16, 2022. On or about December 16, 2022, SINGLETON failed to appear at a court hearing and a warrant was issued for his arrest. SINGLETON subsequently was arrested on that warrant in Wisconsin. Law enforcement transported SINGLETON back to Illinois on or about February 3, 2023. During the custodial interview, law enforcement did not ask SINGLETON any questions relating to Case No. 22CR6017801.

1. **May 29, 2021 - SINGLETON Used Subject Account 4 to Challenge the User of "Yns_bossb" to Reveal His Location and Engage in Armed Confrontation with SINGLETON**

20. On or about May 29, 2021, SINGLETON, using Subject Account 4, exchanged Instagram messages with the "Yns_bossb" Instagram account, believed to be Individual A, in which SINGLETON challenged Individual A to reveal his location and engage in an armed confrontation.[7]

> Yns_bossb: Don't try to follow me now pussy
> SINGLETON: Wya [Where you at]?
> Yns_bossb: Finna come down Wallace [S. Wallace St.]
> SINGLETON: Bet
> SINGLETON: Way ku plsy ball !!!! [Where you at? Can you play ball?]

21. Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON asked Individual A to provide his location. After Individual A indicated he was planning to drive down South Wallace Street, which

---

[7] Law enforcement's identification of Individual A as the user of the "Yns_bossb" Instagram account and the "manmanfrm95th" is based on the following facts, among others: (1) as described below, according to CPD records, Individual A is a member of the Gangster Disciple street gang with the nickname "Man Man" who lives in Princeton Park, consistent with the "manmanfrm95th" Instagram account name; (2) in a message SINGLETON sent to the "Yns_bossb" Instagram account at approximately 5:31 p.m., on or about May 29, 2021, SINGLETON addressed the user of the "Yns_bossb" account by Individual A's first name; (3) when interviewed by CPD following the shooting of Victim 1, Individual A indicated he knew Victim 1, consistent with statements made by the user of the "Yns_bossb" account describing Victim 1 as a "hype" and an "innocent"; and (4) as reflected in the paragraphs below, the content of the messages SINGLETON exchanged with both "Yns_bossb" and "manmanfrm95th" appear to be part of one continuous conversation, in which Individual A repeatedly suggested that SINGLETON either was falsely taking credit for the shooting of Victim 1 or that the shooting of Victim 1 should not count as a "score" for Rack City during the ongoing dispute with the Princeton Park GDs, and SINGLETON repeatedly claimed credit for the shooting"

runs through Rack City territory and is a known gathering area for members of the Rack City gang members, SINGLETON again requested Individual A's location and stated he wanted to "plsy [play] ball," meaning engage in violent acts, mostly shootings, between rival gang factions.

22.     A few minutes later, at approximately 5:05 p.m., on May 29, 2021, Individual A, using the "Yns_bossb" Instagram account, sent SINGLETON, who was using Subject Account 4, a message stating, "Just left off halsted," followed by a video shot from a car driving through what appears to be Rack City territory. Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe Individual A sent the video as proof that he was actively headed towards the area where Rack City usually hangs out and was searching for SINGLETON.

23.     After Individual A sent the above-referenced video, beginning at approximately 5:05 p.m. on or about May 29, 2021, SINGLETON, using Subject Account 4, and Individual A, using Yns_bossb, exchanged additional messages in which they attempted to confirm their respective locations.

> SINGLETON: Wea [Where you at?]
> Yns_bossb: Figure it out
> SINGLETON: Like I figured you out on Wallace [S. Wallace St.]
> Yns_bossb: You still riding in them fuckin lemons you ain't gon get enough
> SINGLETON: What car I'm in you will never know pussy
> Yns_bossb: You hear the train?
> Yns_bossb: It went pass na
> SINGLETON: Man way [Where you at?]

24.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe Individual A's question, "You hear the train?" referred to the train tracks that run north-to-south along the east side of Robichaux Park.

25.     At approximately 5:31 p.m., on or about May 29, 2021, SINGLETON, using Subject Account 4, sent a message to Individual A, who was using Yns_bossb, in which SINGLETON wrote: "[Individual A's first name] you bitch on gang." Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON was emphasizing his statement that Individual A was a "bitch" by swearing on his gang ("on gang").

26.     Beginning at approximately 6:46 p.m., on or about May 29, 2021, SINGLETON, using Subject Account 4, exchanged additional messages with Individual A, who was using Yns_bossb, culminating in SINGLETON's explicit threat to kill Individual A.

> SINGLETON: This my shit
>
> Yns_bossb: Man come to the tracks [train tracks running along the east side of Robichaux Park]
>
> Yns_bossb: Come to y'all cut [the physical cut-through on the east side of Robichaux Park linking Rack City territory and Princeton Park]
>
> Yns_bossb: Our hood big asl [our territory is big as hell] we right hea by y'all shit y'all just not looking foreal
>
> SINGLETON: Bro imma kill you with this switch [semiautomatic firearm outfitted with a switch enabling automatic fire] g y'all now [not] out
>
> SINGLETON: not [correcting "now" in above message to "not"]

27.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON and Individual A were trying to coordinate a location between their two respective neighborhoods where they would be able to shoot at one another. SINGLETON then made a direct threat to kill Individual A with an automatic weapon ("this switch").

> **2.     June 1, 2021 - SINGLETON Continued to Use Subject Account 4 to Threaten the User of Yns_bossb by Claiming Credit for the Homicide of Victim 1 on Behalf of Rack City**

28.     According to CPD reports, on or about June 1, 2021, at approximately 12:45 p.m., CPD officers found Victim 1 laying unresponsive with multiple gunshot wounds on the back porch of a residence located at 9102 S. Wentworth Ave. in Chicago, Illinois (within the Princeton Park neighborhood). Victim 1 was pronounced dead later that day at University of Chicago Medical Center. According to the CPD reports, detectives learned from witnesses and video that the victim had been on his back porch working on his dirt bike when at least two unknown offenders (at least two of whom were wearing hoodies) exited a black SUV and began shooting in the victim's direction, striking the victim multiple times. Both shooters then got back into the rear passenger seat of the black SUV, which was then driven eastbound on 91st Street by a third unknown subject. Law enforcement recovered three different types of shell casings on scene (rifle, .45 caliber, and .40 caliber).

29.     Private surveillance camera footage from a neighboring residence obtained by CPD contained a partial view of the shooting. The footage showed one

2

individual wearing light-colored pants, a light-colored hooded sweatshirt, and light-colored shoes use one handgun to fire shots in the direction of the Victim 1 before returning to the rear, driver's-side door of the waiting black SUV. The footage also showed a second individual wearing a black shirt or sweatshirt and dark pants running back in the direction of the black SUV following the shooting. A third individual wearing a grey hooded sweatshirt and dark pants can also be seen entering the rear, passenger's-side door of the black SUV following the shooting.

30.     Following the shooting of Victim 1, detectives interviewed Individual A. According to the CPD report, Individual A informed detectives that he/she knew the victim but did not witness the shooting. CPD records identified Individual A as a member of the Gangster Disciple street gang with the nickname "Man Man."

31.     Approximately ten minutes after the shooting of Victim 1, SINGLETON, using Subject Account 4, began sending messages to Individual A, who was using Yns_bossb. The pictures contained in the Instagram messages appear to have been screenshots from "Spot News," a Twitter page that monitors and quotes CPD radio channels. Below are screenshots of two picture messages sent from Subject Account 4 to Yns_bossb at approximately 12:59 p.m., on or about June 1, 2021.



32.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, the Twitter posts relating to a shooting at 9102 S. Wentworth reflected the content of actual CPD radio calls relating to the shooting of Victim 1. I believe the post stating, "We Need Tape!" reflects an actual radio request for crime scene tape for the shooting of Victim 1.

33.     Immediately after SINGLETON, using Subject Account 4, sent the above picture messages to Yns_bossb, SINGLETON, using Subject Account 4, and Individual A, using Yns_bossb, began exchanging additional messages regarding the shooting.

> SINGLETON: We needddd tapeeeeee
> Yns_bossb: Bro who y'all shoot a innocent
> Yns_bossb: Who y'all shoot a hype [drug addict]

Yns_bossb: And we out dumb ass

Yns_bossb: Rookies

34.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON's message stating, "We needddd tapeeeeee," was intended to mock the CPD radio call regarding the shooting of Victim 1. Individual A's response indicates Individual A understood from SINGLETON's messages that SINGLETON intended to claim responsibility for the shooting on behalf of Rack City. Individual A claimed that the victim of the shooting was an "innocent . . . hype," meaning an innocent person that had nothing to do with the gang lifestyle or a drug addict who may have purchased drugs from Individual A's gang, but who was not a member of Individual A's gang.

35.     At approximately 1:19 p.m. on or about June 1, 2021, SINGLETON, using Subject Account 4, continued the exchange of messages by sending messages to Individual A, who was using Yns_bossb, stating, "We on Harvard" and "Every body [sic] got 2 pipes Lil boys get near." Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON was informing Individual A that SINGLETON and other members of Rack City, each armed with two firearms ("2 pipes") were still close to Individual A's location in Princeton Park on South Harvard Avenue and inviting Individual A to engage in a shootout.

36.     About an hour later, at approximately 2:11 p.m., SINGLETON, using Subject Account 4, sent Individual A, who was using Yns_bossb, a video that appeared

to show the location of the crime scene following the shooting of Victim 1. Below is a screenshot from the video, in which police tape is visible.



37.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe the video shows the crime scene at 9102 S. Wentworth following the shooting of Victim 1.

**3.     June 6-8, 2021 - SINGLETON Used Subject Account 4 to Exchange Messages with Individual A Regarding the Shooting of Victim 1 and the Overall Number of Murders of Rival Gang Members**

38.     On or about June 6, 2021, at approximately 2:22 a.m., SINGLETON, using Subject Account 4, received an additional message from Individual A, who was using Yns_bossb, in which Individual A stated: "That's what I be tryna tell y'all we ain't loss nobody out our circle at all soo how y'all fuckin us up and the dead guys we

got y'all ain't do for a fact just keep it cause innocents don't count gang." Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe Individual A was again stating that Victim 1 was an "innocent," not a member of Individual A's gang faction. I believe Individual A referenced the tally of respective killings between Individual A's and SINGLETON's rival gangs by saying "innocents don't count."

39.     On or about June 8, 2021, beginning at approximately 9:07 p.m., SINGLETON, using Subject Account 4, responded to Individual A by sending Individual A, who was using Yns_bossb, screenshots of the previously sent Twitter posts from June 6, 2021, relaying CPD radio traffic relating to the shooting of Victim 1, as well as the previously sent video of the crime scene from June 6, 2021. Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the messages, I believe SINGLETON re-sent the screenshot and video to communicate that he was not giving any credit to Individual A's statements that the shooting of Victim 1 should not "count."

40.     A few minutes later, at approximately 9:17 p.m., SINGLETON, using Subject Account 4, received two messages from Individual A, who was using Yns_bossb, in which Individual A stated, "That wasn't even y'all" and "Here y'all go claiming other mfs work." Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content

2

and context of the conversation, I believe Individual A intended to question whether SINGLETON and SINGLETON's Rack City associates were actually responsible for the shooting of Victim 1.

41.      Just one minute later, at approximately 9:18 p.m., SINGLETON, using Subject Account 4, sent a video to Individual A, who was using Yns_bossb. In the video, which appears to have been taken from the rear passenger seat of a moving vehicle during daylight hours, a black male wearing a grey hooded sweatshirt and black pants with white font on the left thigh area is shown brandishing two handguns with extended magazines while sitting behind the driver's seat of the same moving vehicle. Below are three screenshots from the video showing the above-described black male shown brandishing handguns in another portion of the video.





42.    Based on physical surveillance, social media posts,[8] and CPD booking photographs, the individual shown in the video appears to be Rack City-member, Co-conspirator ("CC-3"). The grey hoodie and black pants worn by CC-3 are consistent with the grey hoodie and black pants worn by the individual who, as shown on the above-referenced private surveillance video obtained by CPD, entered the rear, passenger-side door of the black SUV following the shooting of Victim 1. Based on social media posts in which SINGLETON and CC-3, identified by comparison to their CPD booking photos, appear in videos and photographs together, brandishing firearms and wearing matching apparel, CC-3 is believed to be a member of Rack City and an associate of SINGLETON.[9]

43.    Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON sent the above-described video of CC-3 brandishing two firearms as a response to Individual A's suggestion that Rack City was not responsible for the shooting of Victim 1. I believe SINGLETON intended to communicate to Individual A that the video of CC-3 was taken at or about the time

---

[8] Based on comparisons of CPD booking photos and selfies posted on the Instagram account "Tsg.Jracks," law enforcement identified CC-3, a/k/a "J-Racks," as the user of the Instagram account "Tsg.Jracks." The "Tsg.Jracks" account publicly posts numerous images and videos featuring CC-3 and other suspected Rack City members, including SINGLETON, displaying firearms. In one publicly available post from "Tsg.Jracks," dated approximately May 4, 2021, an individual appearing to be CC-3 can be shown holding a firearm to the camera below the caption, "I WANT MURDERS ERR NIGHT."

[9] In some of the social media posts, both SINGLETON and CC-3 appear to be wearing jewelry bearing the letters "TSG." Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe "TSG" refers to Tank Sum Gang, which is a faction of Rack City.

of the shooting of Victim 1 and that CC-3 used the firearms brandished in the video to shoot Victim 1. SINGLETON's implicit identification of CC-3 as one of the shooters to Individual A is corroborated by the fact that in the above-described video, CC-3 was wearing a grey sweatshirt and black pants, consistent with the sweatshirt worn by one of the suspected shooters as depicted in the surveillance video footage as he reentered a getaway vehicle following the shooting.

### 4. July 1, 2021 - SINGLETON Used Subject Account 4 to Transmit Additional Threats to Individual A

44. On or about July 1, 2021, SINGLETON, using Subject Account 4, began exchanging messages with the Instagram account with the profile name "manmanfrm95th." As described above, based on CPD records identifying "Man Man" as the nickname for Individual A, as well as the similarities in the content of the messages that SINGLETON exchanged with both the "manmanfrm95th" Instagram account and the above-described "Yns_bossb" Instagram account, I believe the user of the "manmanfrm95th" Instagram account is also Individual A.

45. On or about July 1, 2021, at approximately 9:07 p.m., the following messages were exchanged between SINGLETON, using Subject Account 4, and Individual A, using "Manmanfrm95th."

> Manmanfrm95th: You ain't never kill shit
> SINGLETON: Why opps [gang opposition members] be dicking riding Wea you been hiding
> SINGLETON: [emojis which are unreadable from Facebook returns]
> Manmanfrm95th: Bitch that little Buick got yo ass almost killed.
> Manmanfrm95th: Keep acting like you spinning our blocks [driving through our territory looking to shoot us]

2

46.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe Individual A reached out to SINGLETON in order to taunt him by claiming SINGLETON has never killed a member of Individual A's gang. SINGLETON asked Individual A where he was hiding, and SINGLETON said he had been looking for Individual A but was unable to find him. Individual A implied he knew the vehicle SINGLETON was driving around in and again made a claim he did not believe SINGLETON was actually driving around in Individual A's territory looking for Princeton Park GDs to shoot.

47.     A few minutes later, at approximately 9:15 p.m. SINGLETON, using Subject Account 4, continued to exchange messages with Individual A, who was using the "manmanfrm95th" account.

> manmanfrm95th: Don't worry next time we gone hit ya head
> SINGLETON: I'm finna slide rn [come by right now]
> manmanfrm95th: Bet
> SINGLETON: [emojis unreadable in Facebook returns]
> manmanfrm95th: Pull up
> SINGLETON: Wya
> manmanfrm95th: Wya [where you at]
> manmanfrm95th: You exactly
> SINGLETON: We been out here
> Manmanfrm95th: Nigga please

Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, I believe SINGLETON and Individual A were again trying to locate one another to commit an act of violence

2

against one another. I further believe SINGLETON, by stating "We been out here," intended to remind Individual A that SINGLETON and members of Rack City have been outside and that Individual A could find them if he wanted.

48.     Soon after sending the above message stating, "We been out here," at approximately 9:15 p.m., SINGLETON, using Subject Account 4, sent Individual A, who was using the "manmanfrm95th" account, a video showing three individuals, including the person filming the video, brandishing firearms while wearing clear gloves. Screenshots of the video are attached below.



49.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the messages and the video, I believe the video was taken by SINGLETON and shows the three participants in the shooting of Victim 1 on June 1, 2021, close in time to the shooting. In the video, the person filming the video (SINGLETON) is sitting in the rear driver's-side seat of what appears to be a truck or SUV while holding a single handgun and wearing latex gloves, light colored shoes, light colored jeans, and a light colored sweatshirt, consistent with the clothing of the individual who private

surveillance video showed firing shots in the direction of Victim 1 using a single handgun and then reentering the rear driver-side seat of the black SUV following the shooting of Victim 1.

50.     The video also shows distinctive tattoos on the hands of the person filming the video that are consistent with tattoos visible on SINGLETON's hands in videos of SINGLETON that SINGLETON has posted to Subject Account 3 and Subject Account 4. Below on the left is a screenshot showing distinctive tattoos on the right wrist and gloved right hand of the person filming the above-referenced video SINGLETON sent from Subject Account 4 on or about July 1, 2021. Below on the right is a screenshot of a self-filmed video of SINGLETON that SINGLETON posted to Subject Account 4 on or about May 9, 2021, showing what appears to be a fuller picture of the same tattoos on SINGLETON's right wrist.



51. Likewise, in the above video SINGLETON sent from Subject Account 4 on or about July 1, 2021 at approximately 9:15 p.m., the person sitting in the rear passenger's-side seat can be seen holding one handgun while wearing black pants with white font on the left thigh and a grey sweatshirt. Although the face of that individual is not visible, the grey sweatshirt, black pants with white font on the left thigh, and the handgun appear to be consistent with the sweatshirt and pants worn by CC-3 in the video SINGLETON, using Subject Account 4, sent to Yns_bossb on or about June 8, 2021, at approximately 9:18 p.m., in which CC-3's face was clearly visible. The grey sweatshirt and black pants worn by the individual sitting in the rear passenger-side seat in the above video are also consistent with the private surveillance video of the shooting of Victim 1, in which an individual wearing a grey sweatshirt and black pants can be seen entering the rear passenger's-side door of the black SUV immediately following the shooting.



52. During the custodial interview of SINGLETON on or about February 3, 2023, SINGLETON acknowledged that the distinctive tattoo on the wrist of the person who appeared to film and send the above-described video from Subject Account

4 to the "manmanfrm95th" Instagram account, on or about July 1, 2021, at approximately 9:15 p.m., is one of SINGLETON's tattoos.

53. Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, the content and context of the messages exchanged between SINGLETON and Individual A, the content of the above video, and SINGLETON's above-described statement during the custodial interview on or about February 3, 2023, I believe that SINGLETON filmed and sent the above video, using Subject Account 4, to Individual A, who was using the "manmanfrm95th" account, on or about July 1, 2021, in order to provide proof that SINGLETON and other Rack City members had "been out here."

54. After SINGLETON, using Subject Account 4, transmitted the above video to Individual A, who was using "manmanfrm95th," SINGLETON and Individual A continued to exchange messages using the same accounts, beginning at approximately 9:17 p.m.

> SINGLETON: Aye on stone [Black P Stone Nation] everyone [every time] we spin y'all block somebody die
>
> manmanfrm95th: Scary ass nigga on Daniel
>
> SINGLETON: Fuck Daniel
>
> SINGLETON: Dead ass
>
> manmanfrm95th: Yea right
>
> manmanfrm95th: Y'all got 16 dead niggas on y'all side
>
> SINGLETON: You sound sun asl [as hell]
>
> Manmanfrm95th: Go get that lickback
>
> SINGLETON: Up sco didn't y'all homie just die [raise the score. Didn't a fellow Princeton Park GD just die?]

Manmanfrm95th: Cel tank murda juski teene [names of dead gang members for Rack City]

Manmanfrm95th: Jmoe

Manmanfrm95th: Should I keep goin

SINGLETON: You bitch that's all that matter and will die Lil boy

Manmanfrm95th: Keep posting up on halstad [S. Halsted St.]

Manmanfrm95th: You gone get 50 shots soon

Manmanfrm95th: I do tho

Manmanfrm95th: Aw yea

Manmanfrm95th: It's a sad thing that yo daughter gone live without a daddy

SINGLETON: Man watch out and get up with me pussy

SINGLETON: You be ducking

Manmanfrm95th: I'm on 95 [S. 95th St.] right now

Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the messages, I believe Individual A's response, "Y'all got 16 dead niggas on y'all side," refers to the previously referenced "score" or tally of total murders of members of Individual A's and SINGLETON's respective gangs. Based on my training and experience and the training and experience of the investigative team, I believe "Cel tank murda juski teene" and "jmoe" are the nicknames of six Rack City members murdered between approximately 2014 and the summer of 2021. I believe Individual A was specifically identifying those individuals as six of the "16" Rack City members Individual A claimed had been murdered by members of Individual A's gang. I further believe that "lickback" refers to direct retaliation for a homicide and that Individual A was taunting SINGLETON by telling him he needed to kill numerous members of

2

Individual A's gang if he wanted to ever even the "score." Lastly, based on social media posts on Subject Account 3 and private messages on Subject Accounts 3 and 4, I believe that SINGLETON does have a young daughter. I believe Individual A's threatening statement, "It's a sad thing that yo daughter gone live without a daddy," is further evidence that Individual A understood Subject Account 4 to be used by SINGLETON.

### 5. February 3, 2023 – SINGLETON's Meeting With Investigators

55.     As noted above, on or about February 3, 2023, law enforcement conducted a video-recorded interview of SINGLETON at the Cook County Sherriff's Office facility located in the vicinity of 1401 Maybrook Drive in Maywood, Illinois. During the interview, after being read his *Miranda* rights and signing a *Miranda* waiver form, SINGLETON was shown posts from early June 2021 made to Facebook and Instagram from Subject Account 3 and Subject Account 4, respectively. SINGLETON acknowledged that he was the one who made the posts from the Subject Accounts. SINGLETON stated he understood that law enforcement was able to track SINGLETON's posts to the Subject Accounts even when SINGLETON changed the name for the accounts.

### 6. February 3-5, 2023 – SINGLETON Directs Others to Destroy Evidence and Asks to be Bonded Out of Jail to Allow Him to Flee

56.     After the custodial meeting with investigators on or about February 3, 2023, beginning at approximately 3:28 p.m., SINGLETON placed approximately 10 unrecorded calls from the Cook County Sheriff's Office in the presence of law

2

enforcement. Nine of the calls were placed between approximately 3:28 p.m. and approximately 3:54 p.m. According to law enforcement present for the calls, during multiple calls, SINGLETON stated that they (law enforcement) "had everything" and that the individuals receiving the calls needed to "throw out the garbage" and delete social media accounts. Law enforcement officers also heard SINGLETON tell multiple individuals that he needed to be bonded out so he could "take off." During the calls, SINGLETON identified himself as "Shoota."

57.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the calls, I believe SINGLETON (a/k/a "Shoota") was instructing others involved in the shooting of Victim 1 to destroy evidence. I further believe SINGLETON asked others to gather funds to post SINGLETON's bond so that SINGLETON could flee, rather than face charges in connection with the shooting of Victim 1.

58.     On or about February 5, 2023, at approximately 10:25 a.m., SINGLETON placed a recorded call to a phone number believed to be used by mother of SINGLETON's child. An unidentified female was added to the call with SINGLETON. During the call, SINGLETON explained to the female he needed to get bond because "I'm finna go far away bro […] far, far, far, far, far, I wish I could tell you bro, its gonna fuck your mind." Later in the same call, SINGLETON stated to the same unidentified female that "the opps is snitching" and "Boss Baby [Individual A] is snitching." SINGLETON also stated to the same unidentified female: "Motherfuckers ain't 'D' 'EI' 'de' the pages [did they not delete the social media pages]?

. . . Everybody bro, I told them this [to delete the social media pages] days ago [during the calls from Cook County Sheriff's Office on February 3, 2023], everybody bro. Fuck all that shit right now bro or a motherfucker gonna be really fucked up and it's going to be me." SINGLETON further stated: "I can't be incarcerated with what is going on."

59.     Based on my training and experience, the training and experience of law enforcement officers involved in the investigation, and the content and context of the conversation, I believe SINGLETON asked for help putting together funds to bond SINGLETON out of jail so that he could flee to a faraway location. I further believe SINGLETON told the unidentified female that he believed Individual A ("Boss Baby") had provided information to law enforcement (been "snitching") regarding SINGLETON's communications with Individual A. I further believe SINGLETON expressed concern that those he had spoken to on February 3, 2023, had not followed his instructions to delete their social media pages ("'D' 'El' 'de de' the pages") to obstruct law enforcement's investigation. I further believe SINGLETON again expressed the need to get bonded out so he could flee due to the possibility that he would soon face charges in connection with the shooting of Victim 1 ("I can't be incarcerated with what is going on.").

60.     Based on publicly available information contained on the website of Meta Platforms Inc., (doing business as Meta, formerly known as Facebook, Inc.), the current owner of the Facebook and Instagram social media platforms, Facebook, Inc. purchased Instagram in 2012. In fall 2021, Facebook, Inc. changed its name to Meta

Platforms Inc. According to the website of Meta Platforms Inc., the company's headquarters is located in Menlo Park, California and there are approximately 17 data centers located throughout the United States. One of the data centers listed is located in Dekalb, Illinois, but according to publicly available media reports, as of April 2022, the data center had not yet been completed. Based on the above information, I do not believe there were any data centers for Facebook or Instagram in Illinois as of 2021.

### III.  CONCLUSION

61.  Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about May 29, 2021, SINGLETON transmitted in interstate commerce a communication containing a threat to injure the person of another, namely an Instagram message to Individual A stating, "Bro imma kill you with this switch g y'all out now," in violation of Title 18, United States Code, Section 875(c).

FURTHER AFFIANT SAYETH NOT.

JOHN DURKACZ
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone June 30, 2023.

Honorable HEATHER K. McSHAIN
United States Magistrate Judge

2