**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23CR384 |
| | ) | Judge Virginia M. Kendall |
| CHRISTOPHER SINGLETON | ) | |
| Defendant, | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

Defendant, Christopher Singleton, through his attorney Joshua B. Kutnick, respectfully requests that this Court allow for extension of time to file pretrial motions. In support, Mr. Singleton states the following:

1. Mr. Singleton was indicted on September 14th, 2023. The court set January 25th, 2024 as the deadline for the filing of the motion to suppress.

2. Counsel needs more time to prepare this motion and is asking the Court to grant a 30-day extension for filing of this motion.

3. Counsel has spoken with the AUSA on the case, Patrick Mott, who did not oppose this extension.

WHEREFORE, for all the foregoing reasons, Defendant respectfully asks the Court to grant this motion.

Respectfully submitted,

/s/ Joshua Kutnick

Joshua Kutnick
Attorney for Defendant
900 W. Jackson Blvd, Suite 7E
Chicago, IL 60607
joshua@kutnicklaw.com
312-441-0211

## CERTIFICATE OF SERVICE

I hereby certify that foregoing motion was served on January 22, 2024 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

/s/ Joshua Kutnick
Joshua Kutnick
Attorney for Defendant
900 W. Jackson Blvd, Suite 7E
Chicago, IL 60607